ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
　　　　brett.coombs@akerman.com

*Attorneys for Plaintiff U.S. Bank N.A., as Successor To Wachovia Bank, N.A., as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2004-G*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS SUCCESSOR TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA MORTGAGE SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-G;<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>LAMPLIGHT SQUARE @ CORONADO RANCH HOMEOWNERS' ASSOCIATION,<br><br>　　　　　　　　Defendants. | Case No.:   2:15-cv-01292-GMN-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

　　　　Plaintiff U.S. Bank N.A., as Successor To Wachovia Bank, N.A., as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2004-G (**U.S. Bank**), by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of Akerman LLP. **U.S. Bank** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

/ /

/ /

{39370429;1}　　　　　　　　　　　　　　1

Akerman LLP will continue to represent **U.S. Bank** and requests that Ariel Stern, Esq. and Brett Coombs, Esq. receive all future notices.

Respectfully submitted this 7th day of September, 2016

**AKERMAN LLP**

*/s/  Brett M. Coombs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Email: ariel.stern@akerman.com
brett.coombs@akerman.com

*Attorneys for Plaintiff U.S. Bank N.A., as Successor To Wachovia Bank, N.A., as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2004-G*

**COURT APPROVAL**

IT IS SO ORDERED.

Dated this __9th__ day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39370429;1}

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 7th day of September, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, in the following manner:

(**Electronic Service**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

J. William Ebert, Esq.
David A. Markman, Esq.
**Lipson, Neilson, Cole, Seltzer & Garin, P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Lamplight Square at Coronado*
*Ranch Homeowners Association*

                                            */s/ Carla Llarena*
                                            An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572