LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
dmarkman@lipsonneilson.com

*Attorneys for Defendant*
*Lamplight Square at Coronado Ranch Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS SUCCESSOR TO WACHOVIABANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA MORTGAGE SECURITIES, INC., MORTGAGE PAS<br><br>Plaintiff,<br><br>vs.<br><br>LAMPLIGHT SQUARE @ CORONADO RANCH HOMEOWNERS' ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.  2:15-cv-01292-GMN-CWH |

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**
**(Third Request)**

IT IS HEREBY STIPULATED by and between the parties through their respective counsel the deadline to file dispositive motions be extended an additional eleven days (11 days), up to and including October 26th, 2016. Dispositive motions are presently due on October 15th, 2016. Additionally, that Lamplight Square @ Coronado Ranch Homeowners Association's Response to U.S. Bank's Motion for Summary Judgment be extended an additional sixteen days (16 days), up to and including **October 26th, 2016**. Responses to U.S. Bank's Motion for Summary Judgment are presently due on October

1 10th, 2016. The additional time is needed to allow the parties to engage in additional settlement discussions, prior to expending resources on motion practice. The parties have revisited settlement discussions following the *Bourne Valley* opinion. It has taken longer for settlement discussions to proceed as planned as the HOA board is a 501(c)(3) corporation that contains an entirely non-professional voluntary board. We believe the settlement discussions are progressing in a meaningful way. This is the parties' third request to extend only the dispositive motion deadline. Since the last stipulation has been requested to extend this date, the Board has met and significant progress was made in proceeding with settlement negotiations. The parties have previously requested and been granted discovery deadline extensions, which have extended the dispositive motion deadlines.

The parties therefore request this Court enter an order granting an extension of time, up to and including **October 26th, 2016**, for the parties to file dispositive motions. This stipulation is entered to allow adequate time to explore possible settlement and is not entered for the purpose of prejudicing any party or causing undue delay.

Dated: October 5, 2016.

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

    */s/ David A. Markman*
By:_____
  J. WILLIAM EBERT, ESQ.
  Nevada Bar No. 2697
  DAVID A. MARKMAN, ESQ.
  Nevada Bar No. 12440
  9900 Covington Cross Drive
  Suite 120
  Las Vegas, Nevada 89144
  (702) 382-1500 – Telephone
  (702) 382-1512 – Facsimile
  bebert@lipsonneilson.com
  dmarkman@lipsonneilson.com

*Attorneys for Defendant*
LAMPLIGHT SQUARE AT CORONADO RANCH HOMEOWNERS ASSOCIATION

Dated: October 5, 2016.

AKERMAN, LLP

    */s/ Brett Coombs*
By:_____
  ARIEL E. STERN, ESQ.
  Nevada Bar No. 8276
  BRETT COOMBS
  Nevada Bar No. 12570
  1160 Town Center Drive, Suite 330
  Las Vegas, NV 89144
  (702) 634-5001 – Telephone
  (702) 380-8572 – Facsimile
  ariel.stern@akerman.com
  brett.coombs@akerman.com

*Attorneys for Plaintiff*
U.S. BANK, N.A.

U.S. BANK, N.A. **v.** LAMPLIGHT SQUARE AT CORONADO RANCH HOMEOWNERS ASSOCIATION
CASE NO.  2:15-cv-01292-GMN-CWH

**ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: __October 7_____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

　　　/s/ David A. Markman
By:_____
　J. WILLIAM EBERT, ESQ.
　Nevada Bar No. 2697
　DAVID A. MARKMAN, ESQ.
　Nevada Bar No. 12440
　9900 Covington Cross Drive, Suite 120
　Las Vegas, Nevada 89144
　(702) 382-1500 - Telephone
　(702) 382-1512 - Facsimile
　bebert@lipsonneilson.com
　dmarkman@lipsonneilson.com

*Attorneys for Defendant*
*Lamplight Square at Coronado Ranch Homeowners Association*