# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., | ) |
| Plaintiff, | ) Case No. 2:15-cv-01292-GMN-CWH |
| vs. | ) **ORDER** |
| LAMPLIGHT SQUARE @ CORONADO RANCH HOMEOWNERS' ASSOCIATION, | ) |
| Defendant. | ) |

On January 19, 2017, the court approved the parties' stipulation to stay the case pending the parties' finalizing their tentative settlement agreement. (Order (ECF No. 51).) The court further ordered the parties to file a stipulated dismissal or a joint status report within 30 days from the date of the order. (*Id.* at 4.) More than 30 days have passed since the date of the court's order, and there has not been any activity in this case.

IT IS THEREFORE ORDERED that by March 15, 2017, the parties must file a stipulated dismissal or a joint status report.

DATED: March 1, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**