# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

U.S. BANK, N.A.,

    Plaintiff,

vs.

LAMPLIGHT SQUARE @ CORONADO RANCH HOMEOWNERS' ASSOCIATION,

    Defendant.

Case No. 2:15-cv-01292-GMN-CWH

**ORDER**

On January 9, 2017, the parties informed the court that they had tentatively settled this case. (Stip . to Stay Proceedings (ECF No. 50).) The court subsequently stayed the case while the parties finalized the settlement and ordered the parties to file a stipulated dismissal or a joint status report within thirty days from the date of its order, which fell on February 21, 2017. (Order (ECF No. 51).) The parties did not comply with the court's order, and the court ordered the parties to file a stipulated dismissal or joint status report by March 15, 2017. (Order (ECF No. 52).) On March 15, 2017, the parties filed a joint status report requesting additional time to complete settlement. (Joint Status Report (ECF No. 53).) The court approved that request and ordered the parties to file a stipulated dismissal or joint status report by April 14, 2017. (Min. Order (ECF No. 54).) To date, the parties have not complied with that order.

IT IS THEREFORE ORDERED that by **May 8, 2017**, the parties must file a stipulated dismissal or a joint status report. Failure to comply with this order will result in the issuance of an order to show cause.

DATED: April 24, 2017

                                             **C.W. Hoffman, Jr.**
                                             **United States Magistrate Judge**